UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**THELMA JACKSON**                                         **CIVIL ACTION**

**VERSUS**

                                                             **NO. 19-820-JWD-SDJ**

**SOUTHERN UNIVERSITY A&M COLLEGE**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.21) dated September 15, 2020, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion for Permanent Restraining Order (Doc. 7) is DENIED, and this matter is referred back to the Magistrate Judge.

Signed in Baton Rouge, Louisiana, on <u>September 30, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**